# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **THE STEP2 COMPANY, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**LEDGE LOUNGER, INC., et al.,**<br><br>Defendants. | Case No. 5:24-cv-00807-DAR<br><br>Judge David A. Ruiz<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Under Fed. R. Civ. P. 41(a)(1)(A)(i), The Step2 Company, LLC hereby dismisses this action with prejudice. Defendants have not served an answer or a motion for summary judgment.

Dated: March 10, 2025

Respectfully submitted,

s/ John F. Bennett
John F. Bennett (0074506)
Paul J. Linden (0083699)
Ava M. Bowden (0100384)
FROST BROWN TODD LLP
301 East Fourth Street, Suite 3300
Cincinnati, OH 45202
513-651-6423
jbennett@fbtlaw.com
plinden@fbtlaw.com
abowden@fbtlaw.com

Attorneys for Plaintiff
THE STEP2 COMPANY, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of March, 2025, I caused the foregoing to be electronically filed with the clerk of courts using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with the CM/ECF system.

s/ John F. Bennett
John F. Bennett (0074506)
Counsel for Plaintiff
